# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT LEE WOODWARD, | § | |
| Petitioner, | § § | |
| VS. | § | CIVIL ACTION NO. 4:08-CV-2036 |
| BOBBY LUMPKIN,[1] | § § § | |
| Respondent. | § § | |

## ORDER

In 2007, the Court appointed Rosa Eliades to represent Texas death row inmate Robert Lee Woodard. Ms. Eliades has accepted service as a civilian employee with the Military Commissions Defense Organization, the Department of Defense, in Washington, D.C. Ms. Eliades' new employment prevents her from continuing to represent Woodard. Accordingly, Woodard has filed a Motion to Withdraw and Substitute Counsel. (Docket Entry No. 45).

The Court **GRANTS** Woodard's motion. Ms. Eliades is permitted to withdraw as counsel of record. The Court appoints the Federal Public Defender for the Northern District of Texas, Capital Habeas Unit, as counsel for Woodard.

SIGNED at Houston, Texas this 5th day of August, 2021.

Andrew S. Hanen
United States District Court Judge

---

1 On August 11, 2020, Bobby Lumpkin succeeded Lorie Davis as Director of the Texas Department of Criminal Justice, Correctional Institutions Division. Under Rule 25(d)(1) of the Federal Rules of Civil Procedure, Bobby Lumpkin "is automatically substituted as a party."