United States District Court
Southern District of Texas
**ENTERED**
August 30, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT LEE WOODWARD, | § § § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 4:08-CV-2036 |
| | § | |
| BOBBY LUMPKIN, | § § | |
| Respondent. | § | |

## ORDER

On Respondent's motion (Docket Entry No. 47), former Assistant Attorney General Kelli Weaver is **WITHDRAWN** and Assistant Attorney General Rachel L. Patton is **SUBSTITUTED** as Attorney-in-Charge for Respondent.

SIGNED at Houston, Texas this 26th day of August, 2021.

Andrew S. Hanen
United States District Court Judge