United States District Court
Southern District of Texas
**ENTERED**
October 16, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ROBERT LEE WOODWARD, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 4:08-CV-2036 |
| | § | |
| ERIC GUERRERO, [1] | § | |
| | § | |
| Respondent. | § | |

## ORDER

On Respondent's unopposed motion (Docket Entry No. 49), Brittnie S. Reeves is substituted in place of the previously designated counsel for Respondent.

SIGNED at Houston, Texas this ___15___ day of October 2025.

Andrew S. Hanen
United States District Court Judge

---

[1] Bobby Lumpkin was the previously named respondent in this action. Eric Guerrero succeeded Lumpkin as Director of the Texas Department of Criminal Justice, Correctional Institutions Division on December 19, 2024. Under Rule 25(d) of the Federal Rules of Civil Procedure, Guerrero is automatically substituted as a party.